# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| SHARON MCRAE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No: 4:20-cv-00076-MLB |
| | ) |
| CURBS PLUS, INC., | ) |
| | ) |
| Defendant. | ) |

## **AMENDED JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Pursuant to Section 216(b) of the Fair Labor Standards Act (FLSA), the parties respectfully move the Court for an order approving a settlement of Plaintiff's FLSA claims. As explained below, the proposed settlement includes full payment of Plaintiff's alleged overtime back pay; an equal amount of liquidated damages; and statutory attorney's fees and costs.

Plaintiff was employed by Defendant at its facility in Ringgold, Georgia from December of 2018 through April 24, 2020. Plaintiff worked in Defendant's accounting department and performed bookkeeping and other work. Plaintiff alleges that she performed certain uncompensated work for which she did not receive overtime pay, in violation of Section 207(a)(1) of the FLSA. Defendant

denies these allegations, and further asserts that Plaintiff was exempt from the FLSA's overtime requirements pursuant to the executive, administrative, and or professional exemptions.  See, 29 U.S.C. §213(a).

Based on Plaintiff's time records showing clock-in and clock-out times, Plaintiff's alleged overtime back pay totals $4,376.13.  Although Defendant denies liability, it has agreed to resolve Plaintiff's claim by paying the full amount of the alleged overtime back pay totaling $4,376.13, plus an equal amount of liquidated damages ($4,376.13).  See 29 U.S.C. § 216(b).  In addition, Defendant will separately pay Plaintiff's statutory attorney's fees in the amount of $10,225.00 and costs in the amount of $450.00.  Id.  The attorney's fees paid to Plaintiff's counsel pursuant to this settlement amount to less than $300 per hour based on the number of hours Plaintiff's counsel has spent working on this case.  Defendant does not challenge the reasonableness of Plaintiff's fees.

In return for these payments, Defendant will receive a dismissal with prejudice.  Plaintiff has not entered into a separate written settlement agreement releasing her FLSA claims, and the terms of this settlement are entirely set forth in the present motion.  Plaintiff has not entered into any confidentiality agreement that in any way restricts her ability to disclose or discuss this settlement and/or her FLSA claims (or any other matter).

Accordingly, Plaintiff will receive the full benefits to which she is allegedly entitled pursuant to the FLSA. A district court may approve a settlement after determining that it is fair and reasonable. See, e.g., Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1353-54 (11th Cir. 1982). Because Plaintiff will receive full benefits, there is no question that the settlement is fair and reasonable. See, e.g., Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

For the foregoing reasons, the parties respectfully move the Court for an order approving the proposed settlement, and have attached a proposed Order to this motion.

Respectfully submitted,

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr., (GA 387630)
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

John McCown (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
john.mccown@warrenandgriffin.com

Attorneys for Plaintiff

/s/ Joelle C. Sharman
Joelle C. Sharman (GA 637931)
LEWIS BRISBOIS BISGAARD &
SMITH LLP
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30309
(404) 348-8585 (telephone)
(404) 467-8845 (facsimile)
Joelle.Sharman@lewisbrisbois.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2020, a true and correct copy of the foregoing was served via the Court's electronic filing system on Joelle C. Sharman, Lewis Brisbois Bisgaard & Smith LLP, 1180 Peachtree Street, N.E., Suite 2900, Atlanta, GA 30309.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr
